METROPOLITAN LIFE INSURANCE COMPANY, Landlord, Appellant,
v. BUTLER & CURRIE, INC., Tenant, Respondent.

Supreme Court, Appellate Term, First Department, April 12, 1934.

*Tanner, Sillcocks & Friend* [*Julius C. Krause* of counsel], for the appellant.

*George Dyson Friou,* for the respondent.

PER CURIAM. Under the controlling decisions which have over-ruled the doctrine that moneys deposited with a lessor as security for performance of the covenants of a lease of real property are

held in a fiduciary capacity, and which adjudicate that the relation arising upon such a deposit is merely that of debtor and creditor (*Rambach* v. *Heights Theatres, Inc.*, 239 App. Div. 203; *Levinson* v. *Shapiro*, 238 App. Div. 158; affd., 263 N. Y. 591), the answer is insufficient on its face. By statute, the rule is different with respect to the deposit of security under a rental of personal property. (Gen. Business Law, §§ 382-a, 382-b.) No objection is made to the form of the landlord's application.

Order reversed, with ten dollars costs, and final order and judgment directed for the landlord.

All concur; present, LYDON, FRANKENTHALER and SHIENTAG, JJ.